**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOHN L. BARBER, SB# 160317
  E-Mail: John.Barber@lewisbrisbois.com
JOHN HAUBRICH, JR., SB# 228341
  E-Mail: John.Haubrich@lewisbrisbois.com
TIFFANY H. ROUHI, SB# 315948
  E-Mail: Tiffany.Rouhi@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant, First IC Bank erroneously sued as First Intercontinental Bank

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JEE YEON SEUNG, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST INTERCONTINENTAL BANK, a Georgia Corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 2:22-cv-08919 JFW (ASx)<br><br>DEFENDANT'S NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES AND NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |

TO PLAINTIFF JEE YEON SEUNG AND HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that this matter has been assigned to District Judge John F. Walter and Magistrate Judge Alka Sagar. The case number on all documents filed with the Court should read as follows: 2:22-cv-08919 JFW (ASx). The Court's Notice of Assignment is attached hereto as Exhibit A.

/ / /
/ / /
/ / /
/ / /

4882-7622-2275.1

1

DEFENDANT'S NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES AND NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In addition, the court provided notice to counsel regarding consent to proceed before a United States Magistrate Judge.  A copy of the Court's Notice is attached hereto as Exhibit B.  Defendant was ordered to provide notice.

Dated: December 14, 2022    LEWIS BRISBOIS BISGAARD & SMITH LLP

By:   */s/ Tiffany H. Rouhi*
John L. Barber
John Haubrich, Jr.
Tiffany H. Rouhi
Attorneys for Defendant, First IC Bank erroneously sued as First Intercontinental Bank



4882-7622-2275.1

2

DEFENDANT'S NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES AND NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

# EXHIBIT A

4893-1087-4910.1

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES**

This case has been assigned to:

  District Judge **John F. Walter**
  Magistrate Judge **Alka Sagar**

The case number on all documents filed with the Court should read as follows:

**2:22–cv–08919 JFW (ASx)**

District judges in the Central District of California refer all discovery-related motions to the assigned magistrate judge pursuant to General Order No. 05-07. Discovery-related motions should be noticed for hearing before the assigned magistrate judge. Please refer to the assigned judges' Procedures and Schedules, available on the Court's website at www.cacd.uscourts.gov/judges-requirements, for additional information.

                     Clerk, U.S. District Court

 December 9, 2022           By /s/ *Luz Hernandez*
   Date                 Deputy Clerk

---

### ATTENTION

*The party that filed the case-initiating document in this case (for example, the complaint or the notice of removal) must serve a copy of this Notice on all parties served with the case-initiating document. In addition, if the case-initiating document in this case was electronically filed, the party that filed it must, upon receipt of this Notice, promptly deliver mandatory chambers copies of all previously filed documents to the newly assigned-district judge. See L.R. 5-4.5. A copy of this Notice should be attached to the first page of the mandatory chambers copy of the case-initiating document.*

---

CV-18 (08/19)        **NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES**

# EXHIBIT B

4893-1087-4910.1

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEE YEON SEUNG<br><br>PLAINTIFF(S),<br><br>v.<br><br>FIRST IC BANK, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:22–cv–08919–JFW–AS<br><br>**Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge** |

The parties are advised they may consent to proceed before any available magistrate judge participating in the Voluntary Consent to Magistrate Judges Program to conduct all further proceedings in the case pursuant to 28 U.S.C. § 636(c) and Federal Rules of Civil Procedure 73. The consent list and consent form are available on the court's website at http://www.cacd.uscourts.gov/judges-requirements/court-programs/voluntary-consent-magistrate-judges-program. To confirm a particular magistrate judge's availability to schedule the trial in the time frame desired by the parties and/or willingness to accommodate any other special requests of the parties, please contact the magistrate judge's courtroom deputy prior to filing the consent.

Since magistrate judges do not handle felony criminal trials, civil trial dates are not at risk of being preempted by a felony criminal trial, which normally has priority. Further, in some cases, the magistrate judge may be able to assign an earlier trial date than a district judge. The parties can select a participating Magistrate Judge from any of the three divisions in the Central District of California. There may be other advantages or disadvantages which you will want to consider.

The plaintiff or removing party must serve this Notice on each named party in the case.