**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOHN L. BARBER, SB# 160317
  E-Mail: John.Barber@lewisbrisbois.com
JOHN HAUBRICH, JR., SB# 228341
  E-Mail: John.Haubrich@lewisbrisbois.com
TIFFANY H. ROUHI, SB# 315948
  E-Mail: Tiffany.Rouhi@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant, First IC Bank
erroneously sued as First Intercontinental
Bank

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JEE YEON SEUNG, an individual, | Case No. 2:22-cv-08919-JFW-AS |
| Plaintiff, | **DECLARATION OF LEAD TRIAL COUNSEL** |
| vs. | Trial Date:          None Set |
| FIRST INTERCONTINENTAL BANK, a Georgia Corporation; and DOES 1 to 100, inclusive, | |
| Defendants. | |

I, John L. Barber, declare as follows:

1.     I am an attorney duly admitted to practice in all of the courts of the State of California and I am a partner with Lewis Brisbois Bisgaard & Smith LLP, attorneys of record for Defendant, First IC Bank erroneously sued as First Intercontinental Bank herein.  The facts set forth herein are of my own personal knowledge, and if sworn I could and would competently testify thereto.

2.     I am lead trial counsel for the above entitled matter on behalf of First IC Bank. The CM/ECF register indicates Tiffany Rouhi is lead trial counsel, but that is incorrect.

3.     I am registered as a CM/ECF User and my email address of record is

4878-3448-3780.1

1    john.barber@lewisbrisbois.com.

2        4.      I have read the Court's Standing Order and the Local Rules.

3

4       I declare under penalty of perjury under the laws of the United States of

5 America that the foregoing is true and correct and that this declaration was executed

6 on this 15th day of December, 2022, at Costa Mesa, California.

7

8                     */s/ John Barber*

                       John L. Barber

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW