# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEE YEON SEUNG<br><br>Plaintiff(s),<br><br>v.<br><br>FIRST IC BANK, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:22–cv–08919–JFW–AS<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   12/29/2022

Document No.:   15

Title of Document:   Request for Substitution

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Civil Events Motions and Related Filings Applications/Ex Parte Applications/Motions/Petitions/Requests Substitute Attorney (G–01)

Proposed document was not submitted or was not submitted as a separate attachment.

Other:

Pursuant to Local Rule 5–4.4.1– Proposed orders not lodged with a main document shall be electronically lodged as an attachment to a Notice of Lodging.

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: January 3, 2023        By: /s/ *Ingrid Valdes  ingrid_valdes@cacd.uscourts.gov*
                                           Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112A(08/22) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**