Name and address:
Sang Hyun Park (SBN: 290741)
  sang@marlispark.com
Young K. Park (SBN: 287589)
  young@marlispark.com
Marlis Park, PC
3600 Wilshire Blvd., Suite 1815
Los Angeles, California 90010

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jee Yeon Seung, an individual<br><br>v.<br>**PLAINTIFF(S)**<br><br>First Intercontinental Bank, a Georgia Corporation; and DOES 1 to 100, inclusive,<br><br>**DEFENDANT(S)** | CASE NUMBER:<br><br>2:22-cv-08919-JFW-AS<br><br>**REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL** |

## INSTRUCTIONS

Generally, an attorney may withdraw from representing a party in a case without the Court's permission **if** another member of the attorney's firm or agency will continue to represent that party **and** the withdrawing attorney is not the only member in good standing of the Bar of this Court representing that party. In that circumstance, the withdrawing attorney should complete and file a "Notice of Appearance or Withdrawal of Counsel" (Form G-123), instead of this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01).

Notably, however, Court permission for withdrawal or substitution is required if no member of the withdrawing attorney's firm or agency will remain as counsel of record. In such circumstances, the attorney(s) seeking to withdraw should complete and file this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01), and submit a proposed "Order on Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01 Order).

If the circumstances surrounding an attorney's withdrawal or request to substitute other counsel are not covered by this Form G-01, the attorney may instead file a regularly noticed motion supported by a more detailed memorandum of points and authorities.

### SECTION I - WITHDRAWING ATTORNEY

*Please complete the following information for the attorney seeking to withdraw (provide the information as it currently appears on the docket; if the attorney appeared pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Yohan Lee     CA Bar Number: 259271

Firm or agency: Law Offices of Yohan Lee

Address: 5691 Beach Blvd., Suite 200, Buena Park, CA 90621

Telephone Number: (714) 523-2700     Fax Number: (714) 523-7100

E-mail: ylee@yleelaw.com

Counsel of record for the following party or parties: Jee Yeon Seung

Other members of the same firm or agency also seeking to withdraw: None

## SECTION II - NEW REPRESENTATION

☐ No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐ The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☒ The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel, who is a member in good standing of the Bar of this Court:

Name: Sang Hyun Park     CA Bar Number: 290741

Firm or agency: Marlis Park, PC

Address: 3600 Wilshire Blvd., Suite 1815, Los Angeles, CA 90010

Telephone Number: (323) 922-2000     Fax Number: (323) 922-2000

E-mail: sang@marlispark.com

## SECTION III - SIGNATURES

### Withdrawing Attorney

I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: 12/28/2022     Signature: /s/

Name: Yohan Lee

### New Attorney (if applicable)

I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date: 12/28/2022     Signature: /s/

Name: Sang Hyun Park

### Party Represented by Withdrawing Attorney

I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☒ substitution of counsel as specified above.

☐ representing myself *pro se* in this case.

Date: 12/28/2022     Signature: /s/

Name: Jee Yeon Seung

Title: N/A

**PROOF OF SERVICE**
**JEE YEON SEUNG v. FIRST INTERCONTINENTAL BANK**
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 3600 Wilshire Blvd., Suite 1815, Los Angeles, CA 90010.

On December 29, 2022 I served the foregoing document described as:

**REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL**

[ ] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail in the State of California addressed as set forth below:

[ ] by placing a true copy thereof enclosed in a sealed envelope addressed as stated on the attached mailing list.

[X] by electronically serving the document(s) listed above to:
    John.barber@lewisbrisbois.com
    John.haubrich@lewisbrisbois.com
    ylee@yleelaw.com

[ ] by having copies **personally delivered to the designed party(ies)**

As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[x] (State) I declare under penalty of perjury the laws of the State of California that the foregoing is true and correct.

[ ] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on December 29, 2022 at Los Angeles, California.

_____
Karen Arellano

MAILING LIST

1. John L. Barber, Esq.    Attorneys for First IC Bank.
   John A. Haubrich, Esq.
   LEWIS BRISBOIS BISGAARD AND SMITH, LLP
   633 West 5th St. Suite 4000
   Los Angeles, CA 90071

**Proof of Service**