MARLIS PARK, P.C.
Young K. Park SB# 287589
 E-Mail: young@marlispark.com
Sang H. Park SB# 290741
 E-Mail: sang@marlispark.com
3600 Wilshire Boulevard, Suite 1815
Los Angeles, CA 90010
Tel: 323-922-2000
Fax: 323-922-2000


Attorneys for Plaintiff,
JEE YEON SEUNG

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEE YEON SEUNG, an individual;<br><br>        Plaintiff,<br><br>        vs.<br><br>FIRST INTERCONTINENTAL BANK, a Georgia Corporation; and DOES 1 through 100,<br><br>        Defendant. | Case No.: 2:22-cv-08919-JFW-AS<br>Assigned to Honorable John F. Walter<br><br>**DECLARATION OF LEAD TRIAL COUNSEL, YOUNG K. PARK**<br><br><br>Next Hearing: January 23, 2023<br>Trial Date: Not Set |

1

## **<u>DECLARATION OF LEAD TRIAL COUNSEL</u>**

2      I, Young K. Park, declare as follows:

3      1.      I am the attorney of record for Plaintiff Jee Yeon Seung ("Plaintiff"). I

4  am an attorney licensed to practice law before the Central District Court of California

5  and the State of California.  I make this declaration based on my personal knowledge,

6  and if called upon to do so, I could and would competently testify to the facts set

7  forth below.

8      2.      I am designated as lead trial counsel for the above-captioned matter.

9      3.      I have registered as an "CM/ECF User."

10     4.      My e-mail of record is young@marlispark.com.

11     5.      I have read the Court's Standing Order and the Local Rules.

12     I declare under the penalty of perjury under the federal law and laws of the

13  State of California that the foregoing is true and correct. Executed this 3rd day of

14  January 2023, at Los Angeles, California.

15

16

17  _____

18                                    Young K. Park

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**
**JEE YEON SEUNG v. FIRST INTERCONTINENTAL BANK**
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 3600 Wilshire Blvd., Suite 1815, Los Angeles, CA 90010.

On January 3, 2023 I served the foregoing document described as:

**DECLARATION OF LEAD TRIAL COUNSEL, YOUNG K. PARK**

[ ] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail in the State of California addressed as set forth below:

[ ] by placing a true copy thereof enclosed in a sealed envelope addressed as stated on the attached mailing list.

[X] by electronically serving the document(s) listed above to:
John.barber@lewisbrisbois.com
John.haubrich@lewisbrisbois.com
[ ] by having copies **personally delivered to the designed party(ies)**

As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[x] (State) I declare under penalty of perjury the laws of the State of California that the foregoing is true and correct.

[ ] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on January 3, 2023 at Los Angeles, California.

Karen Arellano

MAILING LIST

1.  John L. Barber, Esq.                    Attorneys for First IC Bank.
    John A. Haubrich, Esq.
    LEWIS BRISBOIS BISGAARD AND SMITH, LLP
    633 West 5th St. Suite 4000
    Los Angeles, CA 90071