MARLIS PARK, P.C.
Young K. Park SB# 287589
  E-Mail: young@marlispark.com
Sang H. Park SB# 290741
  E-Mail: sang@marlispark.com
3600 Wilshire Boulevard, Suite 1815
Los Angeles, CA 90010
Tel: 323-922-2000
Fax: 323-922-2000

Attorneys for Plaintiff,
JEE YEON SEUNG

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEE YEON SEUNG, an individual;<br><br>    Plaintiff,<br><br>    vs.<br><br>FIRST INTERCONTINENTAL BANK, a Georgia Corporation; and DOES 1 through 100,<br><br>    Defendant. | Case No.: 2:22-cv-08919-JFW-AS<br>Assigned to Honorable John F. Walter<br><br>**NOTICE OF LODGING [PROPOSED] ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**<br><br><br>Next Hearing: January 23, 2023<br>Trial Date: Not Set |

Plaintiff Jee Yeon Seung ("Plaintiff" or "Seung") hereby gives a notice that [Proposed] Order on Request for Approval of Substitution or Withdrawal of Attorney is hereby lodged in conjunction with Plaintiff's Request for Approval of Substitution or Withdrawal of Attorney (Dkt. No. 19) pursuant to Local Rule 5-4.

1  DATED: January 4, 2023            MARLIS PARK, P.C.

2

3

4                                    By:  /s/ Sang Hyun Park
                                         Young K. Park, Esq.
5                                        Sang H. Park, Esq.
                                         Attorneys for Plaintiff,
6                                        JEE YEON SEUNG

**PROOF OF SERVICE**
**JEE YEON SEUNG v. FIRST INTERCONTINENTAL BANK**

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 3600 Wilshire Blvd., Suite 1815, Los Angeles, CA 90010.

On January 5, 2023 I served the foregoing document described as:

**NOTICE OF LODGING [PROPOSED] ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**

[ ] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail in the State of California addressed as set forth below:

[ ] by placing a true copy thereof enclosed in a sealed envelope addressed as stated on the attached mailing list.

[X] by electronically serving the document(s) listed above to:
John.barber@lewisbrisbois.com
John.haubrich@lewisbrisbois.com
Tiffany.Rouhi@lewisbrisbois.com

[ ] by having copies **personally delivered to the designed party(ies)**

As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[x] (State) I declare under penalty of perjury the laws of the State of California that the foregoing is true and correct.

[ ] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on January 5, 2023 at Los Angeles, California.

*Karen Arellano*
Karen Arellano

MAILING LIST

1. John L. Barber, Esq.                Attorneys for First IC Bank.
   John A. Haubrich, Esq.
   Rouhi, Tiffany, Esq.
   LEWIS BRISBOIS BISGAARD AND SMITH, LLP
   633 West 5th St. Suite 4000
   Los Angeles, CA 90071

Proof of Service