**O'HAGAN MEYER**
JOHN HAUBRICH, JR., SB# 228341
    E-Mail: JHaubrich@OHaganMeyer.com
550 S. Hope St., Ste. 2400
Los Angeles, CA 90071
Telephone: 213.423.6047

**O'HAGAN MEYER**
MADONNA L. DEVLING, SB# 163419
    E-Mail: MDevling@OHaganMeyer.com
695 MacArthur Ct., Suite 900
Newport Beach, CA 92660
Telephone: (949) 849-5002

Attorneys for Defendant,
First IC Bank (erroneously sued as First Intercontinental Bank)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JEE YEON SEUNG, an individual,<br><br>            Plaintiff,<br><br>    vs.<br><br>FIRST INTERCONTINENTAL BANK, a Georgia Corporation; and DOES 1 through 100, inclusive,<br><br>            Defendants. | Case No. 2:22-cv-08919 JFW (ASX)<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Trial Date:         None Set |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The parties to this action, acting through counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate, in consideration of a negotiated settlement agreement executed by them, to the Dismissal With Prejudice of this Action, including any and all claims and counterclaims stated herein against all parties, with each party to bear its own attorneys' fees and costs.

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

| | | |
|---|---|---|
| 1 | DATED:  September 6, 2023 | O'HAGAN MEYER |
| 2 | | |
| 3 | | |
| 4 | | By:      /s/ Madonna L. Devling       |
| 5 | | JOHN HAUBRICH, JR.<br>MADONNA L. DEVLING |
| 6 | | Attorneys for Defendant, First IC Bank |
| 7 | | |
| 8 | | |
| 9 | DATED:  September 6, 2023 | MARLIS PARK LAW FIRM |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | By:      /s/ Sang Hyun Park       |
| 14 | | YOUNG PARK<br>SANG HYUN PARK |
| 15 | | Attorneys for Plaintiff Jee Yeon Seung |